# **NOTICE**

```
✓ FILED        ___ RECEIVED
___ ENTERED    ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

           OCT 12

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

Case Number: 3:07-cv-00478

## JONATHAN LEE RICHES v. DONALD TRUMP, et al.

No Motion to Proceed Informa Pauperis or Filing Fee Included With Complaint