AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

JONATHAN LEE RICHES,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

                       CASE NUMBER: **3:07-CV-00478-LRH-RAM**

    V.

DONALD J. TRUMP, et al.,

    Defendants,

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**x** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to 28 U.S.C. §1915(e)(2), this action is **DISMISSED.**

**IT IS FURTHER ORDERED** that plaintiff is **ASSESSED ONE STRIKE** pursuant to 28 U.S.C. §1915(g).

   October 17, 2007                               **LANCE S. WILSON**
                                                            Clerk

                                                       /s/ *Jennifer Cotter*
                                                          Deputy Clerk